**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

CHRISTOPHER R. FISCHER                                                   PLAINTIFF
ADC #138685

NO.  1:10CV00004 HDY

TRAVIS ENGLER                                                           DEFENDANT

**ORDER**

This matter is scheduled for a Court trial on September 13, 2010.  Now pending before

the Court are motions for summary judgment filed by Plaintiff (docket entry #23), and

Defendant (docket entry #20).  In Plaintiff's motion, he references allegations that he was

choked while he was restrained.  Defendant asserts that the claim was not raised in the

complaint.

Plaintiff's excessive force claim was raised in his original complaint, although it was on

the back of the complaint form, and apparently not put into the electronic record.  Accordingly,

the Clerk is directed to scan the back page of Plaintiff's complaint into the electronic file, and

send a copy to the parties.  Defendants are directed to respond to Plaintiff's excessive force

allegations no later than 14 days after the entry of this order.

IT IS SO ORDERED this __9__ day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE